

# NUMBER 13-20-00303-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**THE CITY OF ARANSAS PASS, TEXAS,**                           **Appellant,**

**v.**

**ASSOCIATION AGAINST
ANNEXATION ABUSE,**                                    **Appellee.**

---

### On appeal from the 156th District Court
### of Aransas County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Tijerina
### Memorandum Opinion by Justice Benavides

This matter is before the Court on appellant's unopposed motion to dismiss. On November 6, 2020, this cause was abated for an ongoing and related *quo warranto* proceeding in Cause No. A-19-0368-CV-C. The judgment in the *quo warranto* proceeding

was entered, and appellant requests the dismissal of the appeal because all issues were rendered moot by that judgment.

The Court, having considered the motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the case is reinstated, the motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
24th day of March, 2022.